UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL S. GRENDELL,<br><br>    Plaintiff<br><br>    v.<br><br>STATE OF MAINE, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.: 1:19-cv-00419-JDL |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to a dismissal of this action with prejudice and without costs to any party

DATED:  December 9, 2020                                              Respectfully submitted,

                                                                                                  AARON M. FREY
                                                                                                  Attorney General

/s/ N. Laurence Willey, Jr.                                          /s/ Christopher C. Taub
N. Laurence Willey, Jr., Esq.                                     Christopher C. Taub, Deputy Atty. Gen.
WILLEY LAW OFFICES                                            Christopher.C.Taub@maine.gov
P.O. Box 924                                                               Jonathan R. Bolton, Asst. Atty. Gen.
Bangor, ME 04402-0924                                           Jonathan.Bolton@maine.gov
Tel. (207) 262-6222                                                     Six State House Station
LWilley@midmaine.com                                          Augusta, Maine  04333-0006
                                                                                    Tel.  (207) 626-8800
Counsel for Plaintiff                                                    Fax (207) 287-3145

                                                                                    Counsel for Defendants

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 9th day of December, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

DAVID W. BATE
davidbatelaw@gmail.com

EZRA A.R. WILLEY
ezra@willeylawoffices.com

N. LAURENCE WILLEY , JR
lwilley@midmaine.com

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Deputy Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145